

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-19-00885-CR

Charles **ROBNETT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12773B
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's fourth motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **August 13, 2020.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court